IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDWIN BERNARD SMITH**
**#962267**                                                                 **PLAINTIFF**

v.                              No: 3:22-cv-171-DPM

**NINA WARD, Lt. Administration,**
**Jackson County Detention Center**                        **DEFENDANT**

ORDER

1. The Court withdraws the reference.

2. Smith hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis;* and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 August 2022