IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDWIN BERNARD SMITH #962267     PLAINTIFF

v.     No: 3:22-cv-171-DPM

NINA WARD, Lt. Administration,
Jackson County Detention Center     DEFENDANT

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2022